AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| MARK W. BROPHY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 13-CV-0293-TOR |
| JPMORGAN CHASE BANK NATIONAL ASSN., et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The case is dismissed without prejudice and without fees or costs to either party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice   on Plaintiff's motion for voluntary dismissal without prejudice.

Date:  08/22/2014

*CLERK OF COURT*

s/ Linda L. Hansen, Deputy Clerk

Signature of Clerk or Deputy Clerk